AO 91 (Rev. 11/11)  Criminal Complaint

FILED
JAMES J. VILT JR,
CLERK
5/10/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  3:23MJ-317 |
| KELVIN L. ANDERSON | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2023__ in the county of __Jefferson__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) and (b)(1)(A)(Viii) | Possession with intent to distribute a mixture or substance containing 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

REILLY TEAL
Digitally signed by REILLY TEAL
Date: 2023.05.10 16:00:12 -04'00'

*Complainant's signature*

Special Agent Reilly L. Teal, DEA
*Printed name and title*

Sworn to before me telephonically and signed by:

Date: 05/10/2023

City and state: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court