## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Reilly L. Teal, having been duly sworn, depose and state:

1. I am a Special Agent of the U.S. Drug Enforcement Administration (DEA) assigned to the Louisville Division Office. From 2019 to 2021, I was employed by Indiana State University Police Department in Terre Haute, Indiana. During that time, I conducted street level narcotic investigations. Since March 2021, I have been a Special Agent of the Drug Enforcement Administration during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering and have been personally involved in investigations concerning the possession, distribution, and importation of controlled substances, as well as investigations concerning the methods utilized to finance transactions, launder and transport drug proceeds, and conceal assets purchased with illegal proceeds. I have also participated in investigations involving the interception of both wire and electronic communication devices. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant of Kelvin L. ANDERSON. The facts and circumstances outlined in this affidavit are indicative of probable cause to believe that ANDERSON, on May 9, 2023, possessed with intent to distribute methamphetamine in violation of Title 21, United States Code 841(a)(1).

### Background of Investigation

3. On January 4, 2023, members of the Drug Enforcement Administration (DEA) Louisville Division Office (LDO) began investigating the Kelvin ANDERSON Drug Trafficking Organization (DTO). Based on law enforcement indices, members of the

    DEA discovered that ANDERSON was using 5002 Quail Court, Apartment 1, Louisville, KY as his listed residence. On the same date, members of the DEA conducted surveillance at an apartment building located at 5002 Quail Court and observed a blue Ford Taurus bearing KY license plate "091AZN". According to the Kentucky Department of Motor Vehicles, Kelvin ANDERSON at 5002 Quail Court, Apt 1, Louisville, KY, is the registered owner of the vehicle.

4. On March 10, 2023, LDO Agents installed a pole camera in the vicinity of 5002 Quail Court, Louisville, KY. Since the installment, Agents have observed, on multiple occasions individuals entering 5002 Quail Court and exiting less than five minutes later. This conduct is consistent with "short stays." Based on affiant's training and experience conducting narcotics investigations, affiant is aware that this volume of "short stay" traffic is consistent with individuals conducting drug transactions and is commonly witnessed at drug "stash houses." In the month of March 2023, DEA LDO agents made two controlled purchases of methamphetamine from Kelvin ANDERSON. Each time, the transaction occurred at 5002 Quail Court, Apartment 1, Louisville, KY.

5. Based on the investigation into the ANDERSON DTO, on May 9, 2023, a federal search warrant was issued authorizing the search of Anderson's residence at 5002 Quail Court, Apartment 1, Louisville, Kentucky, for evidence related to violations of 21 U.S.C. Section 841(a)(1) and 846, possession with intent to distribute a controlled substance and conspiracy. On the same date, members of the LDO executed the search warrant and found Kelvin ANDERSON inside the residence. Upon search of the residence, members of the DEA located and seized approximately 1,899 gross grams (gg) of suspected methamphetamine located on the couch in the living room. In addition, inside the residence, members of the DEA discovered mail matter associated with Kelvin ANDERSON, including a utility bill from Louisville Gas and Electric. Other individuals who were on-scene during the time of the execution of the search warrant were detained, read their Miranda rights, and questioned. One subject, Kenneth ANDERSON, stated that the methamphetamine belonged to his brother.

Agents are aware based on the investigation and law enforcement indices that Kelvin ANDERSON is Kenneth ANDERSON's brother.

6. On May 10, 2023, the suspected methamphetamine seized from Anderson's apartment at Quail Court tested positive for the presence of methamphetamine, a Schedule II controlled substance.

7. All evidence was seized by the DEA LDO members. Kelvin ANDERSON was placed under arrest. Both Kelvin ANDERSON and seized items were transported to the DEA LDO. Seized items were placed into evidence. Kelvin ANDERSON was Mirandized by DEA Agents at the LDO. Kelvin ANDERSON advised that he understood his rights and invoked his right to counsel. However, during transportation to Oldham County Detention Center, Kelvin ANDERSON voluntarily stated "You know I am just the middle-man."

## Summary

8. Based upon the above information, with the evidence seized, and based on my training and experience, the affiant submits there is probable cause to believe that on May 9, 2023, Kelvin L. ANDERSON knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code 841(a)(1) and 841(b)(1)(A)(viii).

REILLY TEAL
Digitally signed by REILLY TEAL
Date: 2023.05.10 16:01:06 -04'00'

Special Agent Reilly L. Teal
Drug Enforcement Administration

Subscribed and sworn to me via telephone this  10th  day of May, 2023.

Colin H Lindsay, Magistrate Judge
United States District Court

3