# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO.   3:23-MJ-317-CHL** |
| **KELVIN L. ANDERSON** | **DEFENDANT** |

## ORDER ON INITIAL APPEARANCE

On May 11, 2023, United States Magistrate Judge Colin H. Lindsay, held an initial appearance on this matter via video conference.   Assistant United States Attorney Marisa Ford appeared on behalf of the United States.   The defendant was present from Oldham County Detention Center.   The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the Defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Western Kentucky Federal Community Defender's Office to represent the defendant.

The United States moved for detention.   Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **May 12, 2023, at 2:00 p.m.** in Courtroom before United States Magistrate Judge Colin H. Lindsay.   The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

May 12, 2023

:10

Colin H Lindsay, Magistrate Judge
United States District Court