AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23MJ-317-CHL |
| KELVIN ANDERSON | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KELVIN ANDERSON                                                                              .

Date: 05/16/2023

s/ Scott T. Wendelsdorf
*Attorney's signature*

Scott T. Wendelsdorf
*Printed name and bar number*

629 S. Fourth Street
Suite 200
Louisville, KY  40202

*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*