# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:23-MJ-317-CHL** |
| **KELVIN L. ANDERSON** | **DEFENDANT** |

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, on May 12, 2023, for a preliminary and detention hearing. The defendant appeared in custody with Assistant Federal Defender Aaron Dyke. Assistant United States Attorney Marisa Ford appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant, through counsel, elected to waive his right to a preliminary hearing.

The Court heard arguments by counsel as to the matter of detention and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant be **detained** and remanded to the custody of the United States Marshals Service pursuant to an Order of Detention to be entered into the record.

**IT IS FURTHER ORDERED** that pending action by the Grand Jury, arraignment is scheduled for **May 31, 2023, at 1:30 p.m**. via video before the Honorable Colin H. Lindsay, United States Magistrate Judge

:15        May 16, 2023

Colin H Lindsay, Magistrate Judge
United States District Court