UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23MJ-317-CHL

**UNITED STATES OF AMERICA,**                                                    **PLAINTIFF,**

v.

**KELVIN L. ANDERSON,**                                                         **DEFENDANT.**

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

May 16, 2023

*Colin Lindsay*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record