UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:23-mj-317-CHL-1

*(Filed Electronically)*

| | |
|---|---:|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | |
| KELVIN ANDERSON, et al. | DEFENDANT |

### NOTICE OF ENTRY OF APPEARANCE

Comes Attorney Ashlea N. Hellmann and hereby enters her appearance of record on behalf of the Defendant, Kelvin Anderson. Counsel respectfully requests all further matters related to the Defendant be directed to her attention.

    Respectfully submitted,

    /s/ Ashlea N. Hellmann
    Ashlea N. Hellmann
    FERNANDEZ HAYNES & MOLONEY PLLC
    401 West Main Street, Suite 1807
    Louisville, Kentucky 40202
    (502) 589-1001
    (502) 589-7333 (fax)
    ahellmann@fhmlegal.com
    *Counsel for Defendant Anderson*