UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:23MJ-317**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

vs.

**KELVIN ANDERSON,**                                          **DEFENDANT.**

## MOTION TO WITHDRAW

Comes the Federal Defender and moves the Court for leave to withdraw as counsel of record herein. As grounds for said motion, the undersigned states that on May 25, 2023, defendant retained Hon. Ashlea Hamilton as his counsel in this case, and said attorney has entered her appearance.

                                               /s/ Scott T. Wendelsdorf
                                               Federal Defender
                                               200 Theatre Building
                                               629 Fourth Street
                                               Louisville, Kentucky 40202
                                               (502) 584-0525

                                               Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

    I hereby certify that on May 30, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. I also certify that on May 30, 2023, a copy of this motion was served on the defendant by mailing same to Kelvin Anderson.

    /s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808