UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:23MJ-317**
**UNITED STATES OF AMERICA,**

                                       **PLAINTIFF,**

vs.

**KELVIN ANDERSON,**                                          **DEFENDANT.**

**ORDER**

    The Federal Defender having moved the Court for leave to withdraw as appointed counsel for the defendant, Kelvin Anderson; Hon. Ashlea Hellman having entered her appearance herein as retained counsel of record; and the Court being sufficiently advised,

    **IT IS ORDERED AND ADJUDGED** that the Federal Defender, Scott T. Wendelsdorf be, and it hereby is, granted leave to withdraw as counsel for the defendant, and is hereby relieved of all further responsibility herein.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808