UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00065-DJH-1

**UNITED STATES OF AMERICA,**                                                                                   **Plaintiff,**

v.

**KELVIN L. ANDERSON,**                                                                                   **Defendant.**

## **ORDER**

Before the Court is the Motion to Withdraw (DN 9) filed by Scott T. Wendelsdorf. The motion comports with LCrR 57.6(b).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw (DN 9) is **GRANTED**.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
     June 7, 2023