UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:23CR-65-DJH

**KELVIN L. ANDERSON**     DEFENDANT

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States America, by counsel, and moves to continue the trial of this action, currently scheduled for August 21, 2023.  [DN 19].  As grounds for this motion, counsel states that discovery has been completed, and the parties are in discussions to resolve the case.  If the case is not resolved by agreement, the United States will need additional time to prepare for trial.

This is the first trial date in this case.  The undersigned is scheduled to begin a trial on August 14, 2023, before this Court in *United States v. Trey Shoats,* 3:22-CR-00106-DJH.  The expected length of that trial is five days.  A continuance of the August 21st trial date is necessary in the interests of justice to allow defense counsel an opportunity to review the discovery produced in the case, and to allow counsel for the United States time for the effective preparation for trial, taking into account the exercise of due diligence.  The United States thereby requests that the trial be remanded from the Court's August trial docket, that this matter be set down for a status conference, and the intervening time be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and B(ii).  Defense counsel has stated that the Defendant has no objection to the motion to continue the trial.

Wherefore, the United States requests that the trial scheduled to begin August 21, 2023, be continued pending further Order.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ *Marisa J. Ford*
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930
Marisa.ford@usdoj.gov