UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                          PLAINTIFF


v.                                          CRIMINAL ACTION NO. 3:23CR-65-DJH


**KELVIN L. ANDERSON**                                          DEFENDANT

### **ORDER**

This matter is before the Court on unopposed motion of the United States to continue the trial of this matter set for August 21, 2023.  The Court having considered the motion and being otherwise particularly advised,

**IT IS ORDERED** that the United States' motion to continue trial is granted and is in the interests of justice.  This matter is remanded from the Court's trial docket, and the matter is set for a further proceeding in court on August 21, 2023, at _____.  The time between this Order and the further proceeding is excluded from the Speedy Trial computation pursuant to 18 U.S.C. §3161(h)(7)(A) and B(ii).