UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:23-cr-65-DJH

KELVIN L. ANDERSON, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 25, 2023, with the following counsel participating:

For the United States:    Marisa J. Ford

For Defendant:    Ashlea Hellmann

The Court and counsel discussed the procedural posture of the case. The United States reported that discovery has been provided. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to continue (Docket No. 21) is **GRANTED**. The trial of this matter, currently set for August 21, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

(2) This matter is **SET** for a status hearing on **August 21, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. Counsel shall confer in advance regarding a potential trial schedule.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from June 12, 2023, to August 21, 2023,**

1

is excludable in computing the time within which the trial must commence under the **Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

July 26, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator