UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                      Plaintiff,

v.                                                                                  Criminal Action No. 3:23-cr-65-DJH

KELVIN L. ANDERSON,                                                                                          Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on August 21, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa J. Ford |
| For Defendant: | Ashlea Hellmann |

The defendant was present.  The Court and counsel discussed the procedural posture of the case. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)     This matter is **SET** for a change-of-plea hearing on **September 11, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from August 21, 2023, to September 11, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to allow it would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S.

1

489 (2006). This delay is not "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

August 21, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:    Jury Administrator