UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:23-CR-65-1-DJH

*(Filed Electronically)*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. **DEFENDANT'S OBJECTIONS TO PRETRIAL INVESTIGATION REPORT** | |
| KELVIN ANDERSON, et al. | DEFENDANT |

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Comes the Defendant, Kelvin Anderson, by and through his counsel, Attorney Ashlea N. Hellmann and hereby files his objections to the Presentence Investigation Report ("PSR"), filed by the Unites States Office of Probation and Parole with this Court on October 31, 2023.

## I. OBJECTIONS TO THE PSR

### a. Defense Objection to Paragraph 14

Mr. Anderson objects to use of the 2021 Guidelines Manual for the purpose of calculating his Offense and Criminal History levels and request this Court utilize the updated 2023 Guidelines Manual, effective November 1, 2023.

### b. Defense Objection to Paragraph 47

Mr. Anderson would object to the two (2) points added to his Criminal History score in Paragraph 47. Mr. Anderson does not contest that he was under a criminal justice sentence, however, the 2023 updates to the Guidelines Manual only permit one (1) point to be added to a defendant's score if he "(1) receives 7 or more points under subsections (a) through (d), and (2) committed the instant offense while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status.". USSG §4A1.1(e).

1

    **c. Defense Objection to Paragraph 48**

Mr. Anderson would object to his criminal history score being totaled at three (3) points, making him a Level II Criminal History score. For the same reason stated above, Mr. Anderson should not receive any additional points for being under a criminal justice sentence, and thus his Criminal History score should be one (1) point, and his Criminal History category I.

    **d. Defense Objection to Paragraph 65**

Based on his objections above, Mr. Anderson would argue that, under the Purity Driven approach, his Offense Level of 33 and Criminal History category of I would place him in a 136–168-month Guideline range.

    **e. Defense Objection to Paragraph 66**

Based on his objections above, Mr. Anderson would argue that, under the Mixture approach, his Offense Level of 29 and Criminal History category of I would place him in an 87–108-month Guideline range.

    **f. Conclusion**

For all the reasons stated above, the Defendant Kelvin Anderson, now tenders the following objections to the Presentence Investigation Report.

    Respectfully submitted,

    _/s/_ Ashlea N. Hellmann_____
Ashlea N. Hellmann
FERNANDEZ & MOLONEY PLLC
401 West Main Street, Suite 1807
Louisville, Kentucky 40202
(502) 589-1001
ahellmann@fhmlegal.com
*Counsel for Defendant Anderson*

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Motion was electronically filed with the Clerk of the Court by use of the CM/ECF system, sending notice to all counsel of record, on this the 14th day of November 2023.

                                                          /s/ Ashlea N. Hellmann_____
                                                          Ashlea N. Hellmann