**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CASE NO. 3:23-CR-65-1-DJH**

UNITED STATES OF AMERICA                                    PLAINTIFF


v


KELVIN ANDERSON                                             DEFENDANT

## ENTRY OF APPEARANCE

Comes counsel, Hon. Kevin M. Glogower, and hereby requests that this Honorable Court allow him to enter his appearance in the record in the above Court as co-counsel on behalf of the Defendant, Kelvin Anderson

/s/Kevin M. Glogower
KEVIN M. GLOGOWER
Attorney at Law
214 South 8th Street
Suite 201
Louisville, Kentucky 40202
 (502) 384-5656 office
kmglogower@aol.com