**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:23-CR-65-1-DJH**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v

KELVIN ANDERSON                                                               DEFENDANT

**DEFEDANT ANDERSON'S UNOPPOSED MOTION TO CONTINUE THE CHANGE OF PLEA HEARING**

**(Electronically filed)**

Comes the defendant, Kelvin Anderson, by counsel, and respectfully requests the Court continue the change of plea hearing currently set for December 6, 2023 at 9:30am.  Co-counsel was recently added to this matter and requires some time to prepare for the hearing.  Counsel for the United States is expected to be in trial in this same court on a different matter on the current date.  Counsel would request a short continuance so that all counsel may be adequately prepared for this hearing.

WHEREFORE, it is respectfully requested that this Court enter the attached Order.

Respectfully submitted,

/s/ *Kevin M. Glogower*
Kevin M. Glogower
214 S. 8th Street, Ste 201
Louisville, Kentucky 40202
(502) 384-5656

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Kevin M. Glogower*
KEVIN M. GLOGOWER