**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CASE NO. 3:23-CR-65-1-DJH**

**(Electronically filed)**

UNITED STATES OF AMERICA                                                          PLAINTIFF

v

KELVIN ANDERSON                                                                    DEFENDANT

**ORDER**

Motion having been made and this Court having been sufficiently advised;

IT IS HEREBY ORDERED that the sentencing hearing in this matter scheduled for December 6, 2023 is continued. The Court will issue a new sentencing date in a subsequent Order.